**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

On or about February 16, 2008, District of Columbia Housing Authority Police Officer Gregory Godwin observed a vehicle make a right-hand turn from the middle lane onto 4th Street, NW, Washington, D.C., in violation of District of Columbia traffic laws. A traffic stop was made in the 700 block of 4th Street, NW. As the officer approached the vehicle he smelled a strong odor of burnt marijuana coming from the vehicle. The defendant, Edward Adams was asked to produce his license and registration for the auto. The defendant gave Officer Godwin his driver's license but was unable to produce a registration. Officer Godwin asked the defendant if he was in possession of any controlled substance and the defendant said he had "weed" in his sock. Officer Godwin placed the defendant under arrest. A search of the defendant revealed in his sock a clear bag containing marijuana and on his person a clear bag containing a rock like substance. The rock like substance appeared to be crack cocaine. A portion of the rock like substance field tested positive for cocaine base and a portion of the marijuana field tested positive for THC. Also, recovered from the trunk of the vehicle was a bag containing a cooking pot, a coffee pot with white residue, a strainer and a thermometer. The approximate weight of the suspected crack cocaine was 120 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER GREGORY GODWIN
DISTRICT OF COLUMBIA HOUSING AUTHORITY

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_ DAY OF FEBRUARY, 2008.

_____
U.S. MAGISTRATE JUDGE