AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

EDWARD JAMAL ADAMS

**FILED**
FEB 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 1 1 3 - M - 0 1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>EDWARD JAMAL ADAMS</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title _____ United States Code, Section(s) <u>§ 841(a)(1)</u>

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

John M. Facciola
U.S. Magistrate Judge
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 1 9 2008   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 2/20/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/20/08 | Jessica Schwartz, AUSA | Jessica Schwartz |