UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-0058 (TFH)** |
| | : | |
| v. | : | |
| | : | |
| **EDWARD J. ADAMS,** | : | |
| | : | |
| **Defendant.** | : | |

**OPPOSITION TO DEFENDANT'S MOTION TO CHANGE
CONDITIONS OF RELEASE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this opposition to Defendant's Motion for Change in Conditions of Release. As grounds for this opposition, the government represents the following:

On February 22, 2008, after a hearing, Magistrate Judge Kaye ordered the defendant held without bond, pursuant to Title 18 of the U.S. Code, Sections 3142(f)(1)(C) and 3142(e), finding that no condition or combination of conditions would reasonably ensure the safety of the community if the defendant were released. On May 5, 2008, the defendant filed his Motion, requesting that the Court modify his current conditions of release and order his placement in a high-intensity supervision program or, alternatively, in a halfway house. The defendant fails, however, to provide any argument in support of his Motion that was not considered or available to him at the February 22, 2008, detention hearing. Because the defendant advances no change in circumstances that would

warrant modification of his conditions, the government respectfully requests that the Defendant's Motion for Change in Conditions of Release be denied.

                                        Respectfully Submitted,

                                        JEFFREY A. TAYLOR
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 498610

                                              /s/
                                        Renata Kendrick Cooper
                                        D.C. Bar No. 424248
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0031
                                        e-mail:  renata.cooper@usdoj.gov