IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 08-0058 (TFH) |
| V. | ) |
| | ) |
| **EDWARD ADAMS** | ) |

### UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING

Defendant Edward Adams, through counsel, respectively moves the Court to continue the suppression hearing in this matter currently set for June 10, 2008 for thirty days or to a date convenient for the Court and the parties. The government graciously does not oppose this motion. As grounds, counsel states as follows:

1.  Mr. Adams stands charged with possession with intent to distribute cocaine base and possession of marijuana. The cocaine base charge subjects him to a mandatory minimum ten year sentence. A suppression hearing is set for June 10, and trial for June 16.

2.  Counsel, Mr. Adams, and the government are attempting to resolve this matter in a fashion satisfactory to all parties. At this point more time is needed to attempt to resolve the matter, and it is not necessary (or prudent) at this point to expend the time and resources necessary for the suppression hearing.

Accordingly, for the foregoing reasons, and any others that may appear to the Court, Mr. Adams and counsel ask that the instant motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

By: _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Edward Adams
DC Bar #214171
625 Indiana Avenue, NW, #550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 08-0058 (TFH) |
| V. | ) |
| | ) |
| **EDWARD ADAMS** | ) |

## ORDER

Defendant Adams having moved for a continuance of his suppression motion, and good cause shown, it is hereby **ORDERED** that the motion is granted.

This, the _____ Day of June, 2008.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE