UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>EDWARD ADAMS,        )<br>            Defendant.    )<br>_____) | Cr. No. 08-0058 (TFH) |

### ORDER

After careful consideration of Adams' Unopposed Motion to Continue Suppression Hearing (# 12) and the record in this matter, the Court

**ORDERS** that the motion is **GRANTED**. The Court further

**ORDERS** that trial in this matter, which is currently set to begin on Monday, June 16, 2008, is continued. The Court further

**ORDERS** the parties to confer and contact the Court's courtroom deputy to schedule new dates for the suppression hearing and for trial, with trial commencing no later than Monday, July 21, 2008.

June 9, 2008

Thomas F. Hogan
District Court Judge