IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 08-0058 (TFH) |
| V. | ) |
| | ) |
| **EDWARD ADAMS** | ) |

**UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING**

Defendant Edward Adams, through counsel, respectively moves the Court to continue the suppression hearing in this matter currently set for July 22, 2008 for thirty days or to a date convenient for the Court and the parties. The government does not oppose this motion. As grounds, counsel states as follows:

1. Mr. Adams stands charged with possession with intent to distribute cocaine base and possession of marijuana. The cocaine base charge subjects him to a mandatory minimum ten year sentence. A suppression hearing is set for July 22.

2. Counsel, Mr. Adams, and the government are attempting to resolve this matter in a fashion satisfactory to all parties. At this point more time is needed to attempt to resolve the matter, and it is not necessary (or prudent) at this point to expend the time and resources necessary for the suppression hearing. If necessary, the parties are prepared to make further representations to the Court on the 22nd.

Accordingly, for the foregoing reasons, and any others that may appear to the Court, Mr. Adams and counsel ask that the instant motion be granted.

Respectfully submitted,

A.J. Kramer

                    Federal Public Defender

By: _____/s/_____
     Shawn Moore
     Assistant Federal Public Defender
     Attorney for Edward Adams
     DC Bar #214171
     625 Indiana Avenue, NW, #550
     Washington, DC 20004
     202/208-7500
     Fax/208-7515 or 501-3829

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 08-0058 (TFH) |
| V. | ) |
| | ) |
| **EDWARD ADAMS** | ) |

## ORDER

Defendant Adams having moved for a continuance of his suppression motion, and good cause shown, it is hereby **ORDERED** that the motion is granted.

This, the            Day of July, 2008.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE