IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) Cr. No. 08-0058 (TFH) |
| V. | ) |
| | ) |
| **EDWARD ADAMS** | ) |

## ORDER

Defendant Adams having moved for a continuance of his suppression motion, and good cause shown, it is hereby **ORDERED** that the motion is granted.

This, the _21st_ Day of July, 2008.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE